171 A.3d 1265

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SHIQUAN D. BELLAMY, DEFENDANT-PETITIONER.

C–218 Sept.Term 2017
079390

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003369–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.